# EXHIBIT D

At IAS Part 55 of the Supreme Court of the State of New York, held in and for the County of New York at the Courthouse at 111 Centre Street, New York, New York, on the 9 day of December 2019.

**PRESENT:**

      **Hon. James E. d'Auguste**
      Justice of the Supreme Court

---

Anonymous,

        Plaintiff(s),

   v.

Anonymous,

        Defendant(s).

Index No. 101260/2019

**FILED**
DEC 13 2019
COUNTY CLERK'S OFFICE
NEW YORK

ORDER

      Upon consideration of the notification of Relator, dated December 9, 2019, that plaintiff-relator intends to pursue the litigation of this matter pursuant to New York State Finance Law § 190(2)(f) and 13 N.Y.C.R.R. § 400.4(c)(1), it is hereby ordered that:

      1.    The following shall be unsealed: the Complaint; the Summons with Notice filed August 19, 2019; the State of New York's November 22, 2019 Notice of Election to Decline Intervention; this Court's December 3, 2019 Order in response to the State of New York's November 22, 2019 Notice of Election to Decline Intervention; and the instant order. All other contents of the Court's file in this action shall remain under seal and not be made public or served upon defendant.

      2.    Plaintiff-relator shall serve the Complaint on defendant within 120 days of this Order.

3. After plaintiff-relator has served the Complaint on defendant, within 30 days thereafter Relator shall serve on defendant the State of New York's Notice of Election to Decline Intervention.

4. Plaintiff-relator shall serve a copy of this order upon the State of New York (the "State") within ten days of receipt by counsel.

5. Plaintiff-relator shall serve upon the State a copy of any filing made with the Court by any party (including pleadings, motions, memoranda, letters, etc.) on or about the same date of such filing.

6. Plaintiff-relator shall similarly serve copies of orders issued by this Court upon the State within ten (10) days of receipt by counsel.

7. Plaintiff-relator is directed to serve notice of entry of this order on the County Clerk and the Office of Trial Support.

8. The County Clerk shall amend the caption so as to reflect the names of the parties such that the caption of this matter shall now and hereafter be amended to read as follows:

STATE OF NEW YORK,
*ex rel.* TZAC, Inc.,

    Plaintiff,

v.

New Israel Fund,

    Defendant.

Index No. 101260/2019

FILED
DEC 13 2019
COUNTY CLERK'S OFFICE
NEW YORK

9. The Clerk is directed to convert this action to an electronically filed case.

10. All future filings shall be available to the public on NYSCEF.

ENTER:

Hon. James E. d'Auguste J.S.C.

12/9/19

Index No. 101260/2019