David Abrams, Attorney at Law
305 Broadway Suite 601
New York, New York 10007
Tel. 212-897-5821 dnabrams@gmail.com

Supreme Court State of New York
County of New York
_____

| | |
|---|---|
| State of New York ex rel. TZAC, Inc., | ) |
| Plaintiffs, | ) |
| - against - | ) Case No.20cv2955 |
| New Israel Fund, | ) **Notice of Appearance** |
| Defendant. | ) |

PLEASE TAKE NOTICE that the undersigned hereby appears on behalf of Plaintiff/Relator TZAC, Inc. and respectfully demands that copies of all papers in this matter be served upon him.

*/s/ David Abrams*

_____

David Abrams, Attorney at Law
 Attorney for Plaintiffs
305 Broadway Suite 601
New York, NY 10007
Tel. 212-897-5821
Fax  212-897-5811

Dated: New York, NY
       April 13, 2020