UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
STATE OF NEW YORK, *ex rel.*
TZAC, Inc., Relator,

|  |  |
|---|---|
| Plaintiffs, | Civil Action No. |
|  | 1:20-cv-02955-GHW |
| v. |  |
|  | **NOTICE OF** |
| NEW ISRAEL FUND, | **APPEARANCE** |
|  |  |
| Defendant. |  |

-------------------------------------------------------------X

Please take notice that I, Sujata M. Tanikella, Assistant Attorney General, hereby

appear on behalf of the State of New York, and that all future correspondence and papers,

in connection with this action are to be directed to me at the address below.

Dated:      New York, New York
             April 15, 2020

                              Respectfully submitted,

                              LETITIA JAMES
                              Attorney General of the State of New York

                                S/ Sujata M. Tanikella
              By:  _____
                              Sujata M. Tanikella
                              Assistant Attorney General
                              Taxpayer Protection Bureau
                              Office of the New York Attorney General
                              28 Liberty Street
                              New York, NY 10005
                              Telephone: (212) 416-6271
                              E-mail: sujata.tanikella@ag.ny.gov

                              *Attorney for State of New York*