```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/1/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                             :
STATE OF NEW YORK *ex rel.* TZAC, INC.,                      :
                                                             :
                                                             :
                                        Plaintiff,           :
                                                             :     1:20-cv-2955-GHW
                                                             :
                -against-                                    :
                                                             :     ORDER
                                                             :
NEW ISRAEL FUND,                                             :
                                                             :
                                        Defendant.           :
                                                             :
------------------------------------------------------------ X

GREGORY H. WOODS, United States District Judge:

The application to adjourn the initial pretrial conference, Dkt. No. 13, is gratned.  The initial pretrial conference is adjourned to June 30, 2020 at 11:00 a.m.  The joint letter and proposed case management plan referenced in the Court's April 14, 2020 letter are due no later than June 23, 2020.  Furthermore, this conference will be conducted telephonically.  The parties are directed to use the conference call dial-in information and access code noted in the Court's Emergency Rules in Light of COVID-19, available on the Court's website, and are specifically directed to comply with Emergency Rule 2(C).

SO ORDERED.

Dated:  May 31, 2020

                                                        _____
                                                              GREGORY H. WOODS
                                                            United States District Judge