# EXHIBIT K1



**Israel Religious Action Center - IRAC**

February 17, 2015

IRAC attorney Ruti Karmi (left) arguing this morning before the Israeli Supreme Court against the appeal of Baruch Marzel, who was barred by the Central Election Committee (CEC) to run in the March 17 elections for the 20th Knesset, for his racism and racial incitement.

21          2 Comments  1 Share

Like    Comment    Share

Peter A. Rabinowitz
Yasher koach Ruti!
Like · Reply · 5y

Ruti Kadish
Go Ruti!
Like · Reply · 5y