UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK *ex rel.* TZAC, INC.<br><br>　　　　　　Plaintiff-Relator,<br><br>　v.<br><br>NEW ISRAEL FUND,<br><br>　　　　　　Defendant. | No. 1:20-cv-2955-GHW<br><br>ORAL ARGUMENT REQUESTED |

**NEW ISRAEL FUND'S**
**NOTICE OF MOTION TO DISMISS**
**THE AMENDED COMPLAINT**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of New Israel Fund's Motion to Dismiss the Amended Complaint, Defendant New Israel Fund, by and through its attorneys, will move this Court before the Honorable Gregory H. Woods, United States District Judge for the Southern District of New York, Daniel Patrick Moynihan U.S. Courthouse, 500 Pearl St., New York, New York 10007, on such date as the Court will determine, for an order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, dismissing with prejudice all claims against New Israel Fund in the Amended Complaint (Doc. 30) in the above-captioned action and granting such other relief as the Court deems just and proper.

PLEASE TAKE FURTHER NOTICE that, pursuant to the August 11, 2020 Order of this Court, opposing papers, if any, are due no later than September 15, 2020 and reply papers, if any, are due no later than seven days after service of the latest-filed opposing papers.

Dated: August 25, 2020

    Respectfully submitted.

    /s/  *Jeffrey S. Bucholtz*

| | |
|---|---|
| Jeffrey S. Bucholtz, *Pro Hac Vice* | Brian Hauss |
| Gabriel Krimm, *Pro Hac Vice* | Arianna Demas |
| KING & SPALDING LLP | AMERICAN CIVIL LIBERTIES |
| 1700 Pennsylvania Ave., NW | UNION FOUNDATION |
| Washington, DC 20006 | 125 Broad St., 18th Floor |
| Tel: 202-626-2907 | New York, NY 10004 |
| Fax: 202-626-3737 | Tel: (212) 549-2604 |
| jbucholtz@kslaw.com | Fax: (212) 549-2649 |
| gkrimm@kslaw.com | bhauss@aclu.org |
| | ademas@aclu.org |

J. Emmett Murphy
KING & SPALDING LLP
1185 Avenue of the Americas
New York, NY 10036
Tel: (212) 556-2100
Fax: (212) 556-2222
jemurphy@kslaw.com

*Counsel for Defendant New Israel Fund*